CARL E. KADLIC, Bar No. 193778
BRAGG & DZIESINSKI
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant,
The Culinary Institute of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HOVANEC<br><br>    Plaintiff,<br><br>        vs.<br><br>CULINARY INSTITUTE OF AMERICA AT GREYSTONE, A CALIFORNIA BUSINESS ENTITY; DOES 1 TO 50<br><br>    Defendants. | CASE NO. C 05-01836 EMC<br><br>**STIPULATION AND ORDER TO HAVE JURY TRIAL** |

The parties to this matter hereby stipulate and agree that this matter be tried before a jury.

DATED: 9/30/2005                                  LAW OFFICES OF JONATHAN NEWMAN


By: /s/_____
         Jonathan Newman

DATED: September 28, 2005                 BRAGG & DZIESINSKI


By: /s/_____
         CARL E. KADLIC

It is Ordered that this matter be tried before a jury.


DATED:    October 5, 2005              By: _____
                                                          MAGISTRATE _____
                                                          Judge Edward M. Chen

                                                                         ___D M. CHEN

1                                                   STIPULATION TO HAVE JURY TRIAL