```
JONATHAN NEWMAN    SB# 47353
Attorney at Law
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-1137
Facsimile: (415) 274-8770

Attorney for Elizabeth Hovanec
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HOVANEC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CULINARY INSTITUTE OF ) <br> AMERICA AT GREYSTONE, A ) <br> CALIFORNIA BUSINESS ENTITY, ) <br> DOES 1 TO 50, ) <br> ) <br> Defendant. ) <br> _____/ | CASE NO. C 05-01836 EMC <br><br> **STIPULATION FOR DISMISSAL** <br> ORDER |

It is hereby stipulated by and between plaintiff, Elizabeth Hovanec, and defendant, Culinary Institute of America at Greystone, that the above-entitled action be dismissed without prejudice and that each party bear their respective costs of suit.

```
                                    LAW OFFICES OF JONATHAN NEWMAN

DATED: December 13, 2005            /S/ Jonathan Newman
                                    By: JONATHAN NEWMAN
                                    Attorney for Plaintiff

                                    BRAGG & DZIESINSKI

Dated: December 13, 2005            /S/ Kenneth L. Dziesinski
                                    By: KENNETH L. DZIESINSKI
                                    Attorney for Defendant
```

STIPULATION FOR DISMISSAL    **IT IS SO ORDERED**    Page 1

_____
Edward M. Chen
U.S. Magistrate Judge